USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

**FILED**

In the United States District Court

for the _____ EASTERN _____ DISTRICT OF _____ VIRGINIA _____

2017 NOV -7 P 12: 43
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA
V.
DAMASO LOPEZ-SERRANO

CRIMINAL NUMBER: 16-CR-300

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Damaso Lopez-Serrano, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead Guilty to the offense charged, to consent to the disposition of the case in the Southern District of California in which I, am also charged, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: Sept. 15   20 17

_____
(Defendant)

SA Karl Hedrick
_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
Eastern District of
Virginia

_____
United States Attorney for the
Southern District of
California